

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00868-CV

Clifford Reed **LEONARD**,
Appellant

v.

Prunella **LEONARD**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI16519
Honorable Solomon Casseb, III, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: January 30, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by January 2, 2019. After neither the brief nor a motion for extension of time was filed, this court ordered that appellant file, by no later than January 22, 2019, a brief and a written response reasonably explaining: (1) his failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. We advised appellant that his failure to timely file a brief and response would result in this appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP.

P. 42.3(c) (allowing involuntary dismissal for failure to comply with court order). Appellant did not file a brief or response. Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM